UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)
CRIMINAL ACTION NO. 6:26-CR-104-CHB-1
*"Electronically Filed"*

UNITED STATES OF AMERICA PLAINTIFF

V.

MEGAN A. CALDWELL COMBS DEFENDANT

---

**SUPPLEMENTAL BRIEFING**
**AS TO DEFENDANT'S MOTION TO CONTINUE [R. 24]**

---

Comes the Defendant, Megan A. Caldwell Combs, by counsel, and in response to the Order, [R. 25], entered on October 16, 2026, as to the necessity to reschedule the November 3rd, trial date states as follows:

During the detention hearing held on September 16, 2026, it was clear that the instant case is complex. The allegations against the Defendant appear to extend from a relationship with an individual in the United Kingdom.

In formulating a defense for the Defendant, it is necessary to understand how the Defendant became entangled with the Defendant in the United Kingdom. It was unclear during the detention hearing whether or not the individual in the United Kingdom is cooperating with authorities, is being charged with a crime, and how he came to become allegedly entangled with this Defendant. Further the undersigned states that he has defended other individuals charged with unlawful possession of child pornography and in each and every case there are complex issues as to whether or not the pornography in question was unlawfully possessed. At the time of filing this pleading, the undersigned has not been able to make arrangements to view the discovery.

The undersigned also states that he is currently facing several deadlines to file briefs in the Kentucky Appellate Courts and United States Appellate Courts. The undersigned further states that he is additionally a Democratic candidate for Congress and whose name will be on the ballot on the date of the trial of this action.

RESPECTFULLY SUBMITTED,

S:/Ned Pillersdorf
NED PILLERSDORF
PILLERSDORF LAW OFFICES
124 WEST COURT STREET
PRESTONSBURG, KENTUCKY 41653
PH: (606) 886-6090
FX: (606) 886-6148
pillersn@gmail.com

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing was electronically filed with the clerk of the court, on this 19th day of October, 2026.

S:/Ned Pillersdorf
NED PILLERSDORF